FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

NOE LEINHEISER                                          COMPLAINT

(Enter above the full name of the plaintiff in this action)

V.                                                     Civil Action No._____

LIEUTENANT DECKER, Et Al.                              (To be supplied by the Clerk of the Court)

_____                             RECEIVED
                                                       APR - 6 2020
_____                             AT 8:30_____
                                                       WILLIAM T. WALSH
(Enter the full name of the defendant of defendants in this action)   CLERK

## INSTRUCTIONS; READ CAREFULLY

1.      This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.      In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.      You must provide the full name of each defendant or defendants and where they can be found.

4.      You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.      Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.


## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_____    42 U.S.C. §1983 (applies to state prisoners)

_X_    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

_X_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

Address: FCI Otisville | P.O. Box 1000 | Otisville, NY 10963

Inmate#: 27208-179

b.   First defendant:

Name: See Attached Pages

Official position:

Place of employment:

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

See Attached Pages

c.   Second defendant:

Name: See Attached Pages

Official position:

Place of employment:

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

See Attached Pages

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): **n/a**

Defendant(s): **n/a**

b. Court and docket number: **n/a**

c. Grounds for dismissal: ( ) frivolous ( ) malicious

( ) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: **n/a**

e. Approximate date of disposition: **n/a**

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? **FCI Otisville | Otisville, NY**

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: **Noe Leinheiser**

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   x_Yes     ___No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

Exhausted all Federal Bureau of Prisons Administrative Remedies (BP-8, BP-9, BP-10 and BP-11); BP-8 and BP-9 are not required in challenging the decision of a Disciplinary Hearing Officer (DHO), only BP-10 and BP-11 are required.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

See Attached Pages

See Attached Pages

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

(1) Direct the Federal Bureau of Prisons to restore all relevant good conduct time lost; (2) Direct the Federal Bureau of Prisons to provide monetary compensation for all lost wages on a scale commensurate with all previous

wages; and (3) Direct the Federal Bureau of Prisons to pay $250,000.00 in compensatory damages for violation and abuse of civil rights and for mental anguish suffered as a result of retaliatory actions by Fort Dix staff members relating to and in retaliation for litigation against their person (i.e., segregation time, disciplinary action, transfer to a higher security/custody level facility, etc.)

8.   Do you request a jury or non-jury trial? (Check only one)

(x) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2.4_ day of _march_ , 20_20_ __

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).