UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NOE LEINHEISER, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 20-4380 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| LT. W. DECKER, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |

Plaintiff, Noe Leinheiser ("Plaintiff" or "Leinheiser"), is a federal prisoner proceeding *pro se* with a civil complaint. (*See* ECF 1). Defendants have filed a motion to dismiss the complaint. (*See* ECF 26). To date, Plaintiff has not filed a response to the motion to dismiss. On June 6, 2023, out of the abundance of caution, this Court ordered Defendants' motion to dismiss to be served on Plaintiff by the Clerk in the event he wished to respond to Defendants' motion. (*See* ECF 27). On June 30, 2023, that mail was returned as undeliverable on Plaintiff at his currently listed address of record in this case at F.C.I. Big Spring, in Big Spring, Texas.

A review of the Federal Bureau of Prisons' online inmate locator indicates that Plaintiff is now incarcerated at F.C.I. Loretto in Loretto, Pennsylvania. *See https://www.bop.gov/inmateloc/* (last visited on July 7, 2023). Accordingly, Plaintiff's address of record in this case will be changed. Additionally, and again out of the abundance of caution, this Court will order the Clerk to resend Plaintiff a copy of Defendants' motion to dismiss and provide him additional time in which to file a response to Defendants' motion should he elect to do so.

Accordingly, IT IS on this 31st day of July 2023,

ORDERED that the Clerk shall update Plaintiff's address of record as follows: Noe Leinheiser, 27208-179, FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA, 16630; and it is further

ORDERED that Plaintiff shall have thirty (30) days from the date of this memorandum and order in which to file a response to Defendants' motion to dismiss; and it is further

ORDERED that should Plaintiff file a response to Defendants' motion to dismiss, Defendants may file a reply brief in support of their motion within ten (10) days from when Plaintiff files his response; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail at his newly updated address of record: (1) this memorandum and order; and (2) a copy of Defendants' motion to dismiss (ECF 26, 26-1, 26-2 and 26-3).

                                                    s/ Robert B. Kugler
                                                    ROBERT B. KUGLER
                                                    United States District Judge